UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MASON GOODER,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No.  1:22-cr-00018

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two-count Indictment. Count 1 of the Indictment charges defendant with distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A),(b)(1), and 2256(8)(A) and Count 2 charges defendant with  possession of child pornography, in violation of 18 U.S.C. §§  2252A(a)(5)(B), (b)(2), and 2256(8)(A).  Given the nature of the charges in Count 1, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).   The Court conducted a hearing on February 11, 2022, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of

detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on February 14, 2022.

      /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge